STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

**FILED**

Jan 12 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 23-00005 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] DETENTION ORDER |
| DEMARCO RANSOM, | ) |
| Defendant. | ) |

On December 23, 2022, defendant Demarco Ransom was charged by a Criminal Complaint with being a felon in possession of ammunition, in violation of Title 18, United States Code, Section 922(g)(1). On January 10, 2023, the Grand Jury subsequently returned an Indictment charging him with that same offense.

This matter came before the Court on January 10, 2023, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Gabriela Bischof. Assistant United States Attorney Kevin Barry appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of

conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: Defendant Ransom has a lengthy criminal record, which includes a history of firearms offenses that are similar to the offense charged here. Defendant's prior convictions have not had an impact on his behavior, and the defendant presents a risk that he will reoffend. Defendant Ransom also has a history of parole violations, and the Court finds that it has no reason to conclude that Defendant would comply with any conditions the Court could impose in an effort to mitigate the danger that Defendant poses to the community.

This finding is made without prejudice to the defendant's right to seek review of his detention, or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 12, 2023

HON. THOMAS S. HIXSON
United States Magistrate Judge