STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email:  kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 23-00005 WHA |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME |
| DEMARCO RANSOM, | |
| Defendant. | |

On February 8, 2023, defendant Demarco Ransom appeared before the Court for his initial appearance in district court on this matter. The Court set a further hearing for March 7, 2023. At the status conference, the government and counsel for the defendant agreed that time may be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and to be produced.

Based upon the facts and the representations made to the Court on February 8, 2023, and for good cause shown, the Court finds that failing to exclude the time from February 8, 2023, through March 7, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from

[February 8, 2023 through March 7, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 8, 2023 through March 7, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: March 6, 2023

_____
Hon. WILLIAM ALSUP
United States District Judge